HELEN P. WHEELER, Appellant, v. THOMAS ROBOZ, Respondent.— In an action to recover damages for injuries to person and property, the jury rendered a verdict in favor of defendant. Plaintiff appeals from the judgment entered thereon and from an order denying her motion to set aside the verdict and for a new trial. Judgment and order unanimously affirmed, with costs. No opinion. Present — Nolan, P. J., Adel, Wenzel, MacCrate and Schmidt, JJ.

## (October 21, 1953.)

In the Matter of the Application of JAMES KUHN HONEY for Admission to Practice as an Attorney. (From the State of Minnesota.) — Application granted. Present — Nolan, P. J., Wenzel, MacCrate, Schmidt and Beldock, JJ.

In the Matter of the Application of ANTHONY V. SEGHY for Admission to Practice as an Attorney. (From the State of Ohio.) — Application granted. Present — Nolan, P. J., Wenzel, MacCrate, Schmidt and Beldock, JJ.

In the Matter of the Application of PHILIP SYLVESTER CAMPBELL for Admission to Practice as an Attorney. (From the State of Illinois.) — Application granted. Present — Nolan, P. J., Wenzel MacCrate, Schmidt and Beldock, JJ.

In the Matter of LEONARD BELFORD, Appellant, against BOARD OF ELECTIONS OF NASSAU COUNTY, Respondent, and LOUIS R. GLANTZ, Intervener, Respondent. — Order affirmed, without costs. In our opinion, under the circumstances disclosed by this record, strict observance of the letter of section 248 of the Election Law would interfere unnecessarily with the intelligent and ready expression of his choice by an independent voter. Leave to appeal to the Court of Appeals granted. Nolan, P. J., Wenzel, MacCrate, Schmidt and Beldock, JJ., concur. [204 Misc. 858.]

## (October 26, 1953.)

CARMELA AVERSA, Appellant, v. HOLLY CAB CORP., Respondent.— In an action to recover damages for personal injuries, the plaintiff appeals from a judgment for the defendant after trial. Judgment unanimously affirmed, with costs. No opinion. Appeal from decision dismissed. No appeal lies therefrom. Present — Adel, Acting P. J., Wenzel, MacCrate, Schmidt and Beldock, JJ.